UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stanton Brad Johnson and Holly Johnson, husband and wife,

Plaintiffs,

vs.

Boise Cascade, Inc.,

Defendant.

Civil File No. 01-561 DWF/RLE

STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective attorneys that the claim and cause of action of plaintiffs having been fully settled and compromised, the same may be and hereby is dismissed with prejudice and upon the merits but without further costs to any party.

Dated: 4/16/02 ~~, 2001.~~

FULLER, WALLNER & ANDERSON, LTD.

By ______________________

Mr. Steven M. Fuller
Attorney Registration No. 32670
Attorneys for Plaintiffs
514 America Avenue NW
P.O. Box 880
Bemidji, Minnesota 56619
(218) 751-2221

APR 2 2 2002

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 2 3 2002
DEPUTY CLERK ____________

HANFT FRIDE,
A Professional Association

By ______________________________
R. Thomas Torgerson
Attorney Registration No. 170367
Attorneys for Defendant
1000 U.S. Bank Place
130 West Superior Street
Duluth, Minnesota 55802-2094
(218) 722-4766

ORDER

Pursuant to the foregoing Stipulation and upon motion of the attorneys for defendant,

IT IS HEREBY ORDERED, that the Administrator of this Court forthwith enter judgment dismissing the claim and cause of action of plaintiffs with prejudice upon the merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 23rd day of Apr.l, 2002.

______________________________
Judge of District Court

JUDGMENT

Pursuant to the foregoing Order for Entry of Judgment and Stipulation, and upon motion of the attorneys for defendant in said action,

281932